FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ramon Ramirez,<br><br>　　　　Defendant. | Case No.: 5:20-CR-158-JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　(X)　information in the Pretrial Services Report and Recommendation
　　(X)　information in the violation petition and report(s)
　　( )　the defendant's nonobjection to detention at this time
　　( )　other: _____

1

1         and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (X)   information in the Pretrial Services Report and Recommendation
7         (X)   information in the violation petition and report(s)
8         ( )   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: February 16, 2021         _____
15                                           SHERI PYM
                                            United States Magistrate Judge