FILED
CLERK, U.S. DISTRICT COURT

12/14/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ram___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Ramon Yoan Ramirez ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 5:20-CR-00158-JGB-1 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×)    information in the Pretrial Services Report and Recommendation

    (×)    information in the violation petition and report(s)

    (  )    the defendant's nonobjection to detention at this time

    (×)    other: __Lack of bail resources, Alleged failure to report to USPO,__ Substance abuse, and Mental health issues.

1      and/ or

2 B. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

       (×)    information in the Pretrial Services Report and Recommendation

       (×)    information in the violation petition and report(s)

       ( )    the defendant's nonobjection to detention at this time

       (×)    other: <u>Instant allegations, New criminal conviction, substance abuse, Mental health issues, Allegations of domestic violence; active protection order.</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/14/2021

                               KENLY KIYA KATO
                               UNITED STATES MAGISTRATE JUDGE